69 So.2d 901

## Stancil ALDRIDGE v. STATE.

### 6 Div. 568.

Supreme Court of Alabama.

Nov. 24, 1953.

Geo. E. Trawick, Birmingham, for appellant.

Si Garrett, Atty. Gen., and Robt. Straub, Asst. Atty. Gen., for the State.

PER CURIAM.

Appeal dismissed.

71 So.2d 111

## Margaret R. ALLEY
### v.
## BIRMINGHAM ELECTRIC CO., et al.

### 6 Div. 603.

Supreme Court of Alabama.

March 11, 1954.

Taylor, Higgins, Windham & Perdue, Birmingham, for petitioner.

Wm. L. Clark and Lange, Simpson, Robinson, & Somerville and J. P. Mudd and E. M. Friend, Jr., Birmingham, opposed.

LIVINGSTON, Chief Justice.

Petition of Margaret R. Alley for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Alley v. Birmingham Electric Co., 71 So.2d 108.

Writ denied.

SIMPSON, GOODWYN and MERRILL, JJ., concur.

69 So.2d 901

## Ex parte AMERICAN BUSLINES.
### 8 Div. 741.

Supreme Court of Alabama.

Oct. 16, 1953.

Bradshaw, Barnett & Haltom and E. B. Haltom, Jr., Florence, for petitioner.

PER CURIAM.

Writ denied, petition dismissed.

LIVINGSTON, C. J., and SIMPSON, GOODWYN and CLAYTON, JJ., concur.